1  DANIEL W. BALLESTEROS -- BAR NO. 142003
   HOGE, FENTON, JONES & APPEL, INC.
2  Sixty South Market Street, Suite 1400
   San Jose, California 95113-2396
3  Phone: (408) 287-9501
   Fax:  (408) 287-2583
4
   Attorneys for Defendants
5  GREGORY FISH and G.D. FISH &
   ASSOCIATES
6

7
8                    UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| SAN FRANCISCO RESIDENCE CLUB, INC., DONAHUE, O'SHEA, LLC, THOMAS P. O'SHEA, individually and as TRUSTEE FOR THE TRUST OF THOMAS P. AND ANNE O'SHEA<br><br>Plaintiffs,<br><br>vs.<br><br>HENRY A. AMADO, ABACUS FINANCIAL GROUP, LLC, EDWARD S. BRODA, ASPIRE REAL ESTATE, INC., ASPIRE INVESTMENTS, INC., PACIFIC WEST SECURITIES, INC., GREGORY FISH and G.D. FISH & ASSOCIATES,<br><br>Defendants. | No. 3:09-CV-02054-SC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO FIRST AMENDED COMPLAINT<br><br>Complaint Filed:   June 9, 2009 |

This stipulation is made between plaintiffs, SAN FRANCISCO RESIDENCE CLUB, INC., DONAHUE, O'SHEA, LLC, THOMAS P. O'SHEA, individually and as TRUSTEE FOR THE TRUST OF THOMAS P. AND ANNE O'SHEA and defendants GREGORY FISH and G.D. FISH & ASSOCIATES, by and through their respective attorneys of record Daniel W. Ballesteros of the law firm of Hoge, Fenton, Jones & Appel, Inc. and Michael J. Brook of the law firm of Lanahan & Reilley, LLP, and is based on the following facts:

Plaintiffs filed a First Amended Complaint with this court on June 9, 2009, and

1  served defendants Gregory Fish and G.D. Fish & Associates on July 13, 2009.
2  Defendants' responsive pleading was due on August 3, 2009. On August 3, 2009 the
3  parties agreed to extend the time for defendants' responsive pleading to August 17, 2009.
4      IT IS STIPULATED by and among the parties as follows:
5      Defendants' responsive pleading shall be filed and served no later than August 17,
6  2009.
7  DATED: Aug 5/09

LANAHAN & REILLEY LLP.

By _____
Michael J. Brook
Attorneys for Plaintiffs

DATED: August 4, 2009

HOGE, FENTON, JONES & APPEL, INC.

By _____
Daniel W. Ballesteros
Attorneys for Defendants Gregory Fish
and G.D. Fish & Associates

### ORDER

Based on the stipulation of the parties and GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that defendants Gregory Fish and G.D. Fish & Associates shall file and serve their responsive pleading on or before August 17, 2009.

DATED: __August 6, 2009__

_____
The Honorable
U.S. District

*[Stamp: IT IS SO ORDERED / Judge Samuel Conti / United States District Court, Northern District of California]*