| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | DENNIS J. KELLY (SBN 191414) |
| 2 | HSIAO C. (MARK) MAO (SBN 236165) |
| | 225 Bush Street, 6th Floor |
| 3 | San Francisco, California 94104-4207 |
| | Telephone:   (415) 397-2700 |
| 4 | Facsimile:   (415) 397-3300 |
| | djk@dillinghammurphy.com |
| 5 | mcm@dillinghammurphy.com |
| 6 | Attorneys for Defendant |
| | PACIFIC WEST SECURITIES, INC. |
| 7 | |

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | SAN FRANCISCO RESIDENCE CLUB, INC., DONAHUE O'SHEA, LLC, THOMAS P. O'SHEA, individually and as TRUSTEE FOR THE TRUST OF THOMAS P. AND ANNE O'SHEA, | Case No. 3:09-CV-02054-SC |
| 12 | | [PROPOSED] ORDER UPON STIPULATION ON EXTENSION OF TIME TO FILE RULE 26(A)(1) DISCLOSURES |
| 13 | | |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | HENRY A. AMADO, ABACUS FINANCIAL GROUP, LLC, WHITE SANDS ESTATES, LLC EDWARD S. BRODA, ASPIRE REAL ESTATE, INC., ASPIRE INVESTMENTS, INC., PACIFIC WEST SECURITIES, INC., GREGORY FISH and G.D. FISH & ASSOCIATES, and DOES 1 through 100, inclusive, | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | Defendants. | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | | |

Page 1 - Case No. 3:09-CV-02054-SC
[PROPOSED] ORDER UPON STIPULATION ON EXTENSION OF TIME TO FILE RULE 26(A)(1) DISCLOSURES

1 | Pursuant to the Stipulation of the parties, by and through their respective counsel of
2 | record, IT IS SO ORDERED that defendants PACIFIC WEST SECURITIES, INC., EDWARD
3 | S. BRODA, ASPIRE REAL ESTATE, INC., and ASPIRE INVESTMENTS, INC., shall have
4 | until <u>Friday, September 11, 2009</u>, to file their Fed. Rules of Civ. Proc., Rule 26(a)(1)
5 | disclosures and reports.
6 | IT IS SO ORDERED,
7 | Dated: August 13, 2009
8 | HONORABLE SAMUEL CONTI

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

Page 2 - Case No. 3:09-CV-02054-SC
[PROPOSED] ORDER UPON STIPULATION ON EXTENSION OF TIME TO FILE RULE 26(A)(1) DISCLOSURES