1   DILLINGHAM & MURPHY, LLP
    DENNIS J. KELLY (SBN 191414)
2   HSIAO C. (MARK) MAO (SBN 236165)
    225 Bush Street, 6th Floor
3   San Francisco, California 94104-4207
    Telephone:    (415) 397-2700
4   Facsimile:     (415) 397-3300
    djk@dillinghammurphy.com
5   mcm@dillinghammurphy.com

6   Attorneys for Defendant
    PACIFIC WEST SECURITIES, INC.

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  SAN FRANCISCO RESIDENCE CLUB,          Case No. 3:09-CV-02054-SC
    INC., DONAHUE O'SHEA, LLC, THOMAS
12  P. O'SHEA, individually and as TRUSTEE   **STIPULATION AND EXTENSION ON**
    FOR THE TRUST OF THOMAS P. AND          **TIME FOR NEWLY SERVED**
13  ANNE O'SHEA,                             **DEFENDANTS TO RESPOND TO FIRST**
                                             **AMENDED COMPLAINT**
14             Plaintiffs,

15   v.

16  HENRY A. AMADO, ABACUS
    FINANCIAL GROUP, LLC, WHITE SANDS
17  ESTATES, LLC, EDWARD S. BRODA,
    ASPIRE REAL ESTATE, INC., ASPIRE
18  INVESTMENTS, INC., PACIFIC WEST
    SECURITIES, INC., GREGORY FISH and
19  G.D. FISH & ASSOCIATES, and DOES 1
    through 100, inclusive,
20
               Defendants.
21

22

23

24

25

26

27

28

STIPULATION AND EXTENSION ON TIME FOR NEWLY SERVED DEFENDANTS TO RESPOND TO
FIRST AMENDED COMPLAINT

**STIPULATION**

It is agreed and stipulated hereto, between plaintiffs SAN FRANCISCO RESIDENCE

CLUB, INC., DONAHUE O'SHEA, LLC, THOMAS P. O'SHEA, individually and as

TRUSTEE FOR THE TRUST OF THOMAS P. AND ANNE O'SHEA, on the one hand

(hereinafter "Plaintiffs"), and defendant PACIFIC WEST SECURITIES, INC. ("PWS"), and

defendants EDWARD S. BRODA, ASPIRE REAL ESTATE, INC., and ASPIRE

INVESTMENTS, INC., on the other hand (altogether the "Newly Served Defendants"), that the

Newly Served Defendants shall have an extension of time on their time to respond to the First

Amended Complaint, to Wednesday, August 26, 2009.

IT IS SO STIPULATED,

DATED: August 19, 2009                          DILLINGHAM & MURPHY, LLP
                                                DENNIS J. KELLY
                                                HSIAO C. MAO

                                                _____s/ Hsiao C. Mao_____
                                                Attorneys for Defendant
                                                PACIFIC WEST SECURITIES, INC.


DATED: August 19, 2009                          FARELLA BRAUN + MARTEL LLP
                                                MARK D. PETERSEN

                                                _____s/ Mark D. Petersen_____
                                                Attorneys for Defendants
                                                EDWARD S. BRODA, ASPIRE REAL
                                                ESTATE, INC., AND ASPIRE
                                                INVESTMENTS, INC.


DATED: August 19, 2009                          LEADER, BULSO, NOLAN &
                                                BURSTEIN, PLC
                                                GINO BULSO

                                                _____s/ Gino Bulso_____
                                                Attorneys for Plaintiffs
                                                SAN FRANCISCO RESIDENCE CLUB,
                                                INC., DONAHUE O'SHEA, LLC,
                                                THOMAS P. O'SHEA, individually and as
                                                TRUSTEE FOR THE TRUST OF
                                                THOMAS P. AND ANNE O'SHEA

*IT IS SO ORDERED*
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA