| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | DENNIS J. KELLY (SBN 191414) |
| 2 | HSIAO C. MAO (SBN 236165) |
| | BROOKE S. PURCELL (SBN 280056) |
| 3 | 225 Bush Street, 6th Floor |
| | San Francisco, California 94104-4207 |
| 4 | Telephone:     (415) 397-2700 |
| | Facsimile:      (415) 397-3300 |
| 5 | djk@dillinghammurphy.com |
| | mcm@dillinghammurphy.com |
| 6 | bsp@dillinghammurphy.com |

Attorneys for Defendants
PACIFIC WEST SECURITIES, INC.,
ASPIRE REAL ESTATE, INC., ASPIRE
INVESTMENTS, INC., and EDWARD S. BRODA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO RESIDENCE CLUB, INC., DONAHUE O'SHEA, LLC, THOMAS P. O'SHEA, individually and as TRUSTEE FOR THE TRUST OF THOMAS P. AND ANNE O'SHEA,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY A. AMADO, ABACUS FINANCIAL GROUP, LLC, WHITE SANDS ESTATES, LLC, EDWARD S. BRODA, ASPIRE REAL ESTATE, INC., ASPIRE INVESTMENTS, INC., PACIFIC WEST SECURITIES, INC., GREGORY FISH and G.D. FISH & ASSOCIATES, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:09-CV-02054-CRB<br><br>**STIPULATION AND EXTENSION ON TIME FOR NEWLY SERVED DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

Page 1 - Case No. 3:09-CV-02054-CRB
STIPULATION AND EXTENSION ON TIME FOR NEWLY SERVED DEFENDANTS TO RESPOND TO
FIRST AMENDED COMPLAINT

## **STIPULATION**

It is agreed and stipulated hereto, between plaintiffs SAN FRANCISCO RESIDENCE CLUB, INC., DONAHUE O'SHEA, LLC, THOMAS P. O'SHEA, individually and as TRUSTEE FOR THE TRUST OF THOMAS P. AND ANNE O'SHEA, on the one hand (hereinafter "Plaintiffs"), and defendants PACIFIC WEST SECURITIES, INC., EDWARD S. BRODA, ASPIRE REAL ESTATE, INC., and ASPIRE INVESTMENTS, INC., on the other hand (altogether the "Newly Served Defendants"), that the Newly Served Defendants shall have an extension of time on their time to respond to the First Amended Complaint, to Wednesday, September 9, 2009.

IT IS SO STIPULATED,

DATED: August 31, 2009

DILLINGHAM & MURPHY, LLP
DENNIS J. KELLY
HSIAO C. MAO

**s/ Dennis J. Kelly**
Attorneys for Defendants
PACIFIC WEST SECURITIES, INC.,
EDWARD S. BRODA, ASPIRE REAL
ESTATE, INC., AND ASPIRE
INVESTMENTS, INC.

DATED: August 31, 2009

LEADER, BULSO, NOLAN &
BURSTEIN, PLC
GINO BULSO

**s/ Gino Bulso**
Attorneys for Plaintiffs
SAN FRANCISCO RESIDENCE CLUB,
INC., DONAHUE O'SHEA, LLC,
THOMAS P. O'SHEA, individually and as
TRUSTEE FOR THE TRUST OF
THOMAS P. AND ANNE O'SHEA

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 31, 2009