1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CALIFORNIA NURSES ASSOCIATION,        No. CV 09-1132 CRB

12              Plaintiff,                  **ORDER TO SHOW CAUSE RE:**
                                            **CONTEMPT AGAINST DEFENDANT**
13        v.                                **CALIFORNIA PACIFIC MEDICAL**
                                            **CENTER ("CPMC")**
14   CALIFORNIA PACIFIC MEDICAL
     CENTER,
15
                Defendant.
16   _____/

17
          Plaintiff California Nurses Association/National Nurses Organizing Committee's
18
     ("CNA/NNOC") Application for an Order to Show Cause Re: Contempt is hereby set for a
19
     hearing at 10:00am on October 16, 2009, in Courtroom 8.  Defendant CPMC's opposition, if
20
     it wishes to file one, is due at 5:00pm on September 28, 2009.  CNA/NNOC's Reply will be
21
     due at 5:00pm on October 1, 2009.
22
          At the hearing, CPMC is ordered to show cause why it:
23
          (a) should not be adjudged to be in contempt of this Court's July 30, 2009, Order.
24
     ///
25
     ///
26
     ///
27
     ///
28

**United States District Court**
For the Northern District of California

(b) should not be fined $5000.00 per day until it has complied with this Court's July 30, 2009, Order.

**IT IS SO ORDERED.**

Dated: Sept. 18, 2009

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California