**\*E-Filed 05/04/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO RESIDENCE CLUB, INC., et al.,<br><br>Plaintiffs,<br>v.<br><br>HENRY A. AMADO, et al.,<br><br>Defendants.<br>_____/ | No. C 09-2054 RS<br><br>**ORDER RE: MOTION FOR DENIAL OR CONTINUANCE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

On May 04, 2010, defendants filed a document entitled "Defendants' FRCP 56(f) Motion For Denial or Continuance of Plaintiffs' Motion for Summary Judgment." Plaintiff's motion for summary judgment is scheduled for hearing on May 27, 2010. Defendants' opposition papers are due on May 06, 2010; they contend that a meaningful response to two claims plaintiffs advance in their motion depends on receipt of certain outstanding discovery. Defendants shall file any substantive opposition on the merits that they may have, based on the information they presently possess by the May 06 deadline. Defendants shall include further explanation in the opposition papers as to why and how the specific outstanding discovery would create a genuine issue of material fact.

Dated: 05/04/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE