United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO RESIDENCE CLUB, INC., *et al.*,

        Plaintiffs,

   v.

HENRY A. AMADO, SR., *et al.*,

        Defendants.
_____/

No. C-09-2054 RS (EMC)

**ORDER SEALING DOCKET NO. 107**

The order issued by this Court on November 2, 2010, "Notice and Order Setting Further Settlement Conference," Docket No. 107, shall be filed under seal.

IT IS SO ORDERED.

Dated: November 3, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge