| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
|   | DENNIS J. KELLY (SBN 191414) |
| 2 | HSIAO C. (MARK) MAO (SBN 236165) |
|   | BROOKE S. PURCELL (SBN 260058) |
| 3 | 225 Bush Street, 6th Floor |
|   | San Francisco, California 94104-4207 |
| 4 | Telephone:    (415) 397-2700 |
|   | Facsimile:     (415) 397-3300 |
| 5 | djk@dillinghammurphy.com |
|   | mcm@dillinghammurphy.com |
| 6 | bsp@dillinghammurphy.com |
| 7 | Attorneys for Defendants |
|   | PACIFIC WEST SECURITIES, INC., |
| 8 | ASPIRE INVESTMENTS, INC., |
|   | ASPIRE REAL ESTATE, INC., and |
| 9 | EDWARD S. BRODA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAN FRANCISCO RESIDENCE CLUB, INC., DONAHUE O'SHEA, LLC, THOMAS P. O'SHEA, individually and as TRUSTEE FOR THE TRUST OF THOMAS P. AND ANNE O'SHEA, | | Case No. 3:09-CV-02054-SC |
| Plaintiffs, | | **STIPULATION AND [PROPOSED] ORDER RE. REMOVAL AND REPLACEMENT OF DOCUMENTS INCORRECTLY FILED WITH THE MOTION FOR SUMMARY JUDGMENT OF PACIFIC WEST SECURITIES, INC. AND ASPIRE INVESTMENTS, INC.** |
| v. | | |
| HENRY A. AMADO, ABACUS FINANCIAL GROUP, LLC, WHITE SANDS ESTATES, LLC EDWARD S. BRODA, ASPIRE REAL ESTATE, INC., ASPIRE INVESTMENTS, INC., PACIFIC WEST SECURITIES, INC., GREGORY FISH and G.D. FISH & ASSOCIATES, and DOES 1 through 100, inclusive, | | |
| Defendants. | | |

WHEREAS on December 23, 2010, declarations of Tony Pizelo and Edward S. Broda were submitted in support of the Motion for Summary Judgment filed by Pacific West

1  Securities, Inc. and Aspire Investments, Inc. Those documents are respectively referred to as
2  Docket Numbers 130 and 133.
3        WHEREAS several of the exhibits attached to the two declarations mistakenly
4  contained un-redacted private information.
5        WHEREAS on Tuesday, December 28, 2010, counsel to plaintiffs informed defense
6  counsel of the inclusion of such private information.
7        WHEREAS counsel signing hereto have agreed to and request that the Court Order that
8  the documents, Docket Numbers 130 and 133, be removed from the docket and replaced with
9  the redacted versions, attached hereto as Exhibits A and B.
10       By stipulation between plaintiffs San Francisco Residence Club, Inc., Donahue,
11 O'Shea, LLC, and Thomas P. O'Shea, individually and as Trustee for the Trust of Thomas P.
12 and Anne O'Shea, and defendants Pacific West Securities, Inc., Aspire Investments, Inc.,
13 Aspire Real Estate, Inc. and Edward S. Broda, the parties request that the Court Order Docket
14 Numbers 130 and 133 be replaced with the attached Exhibits A and B.
15       IT IS SO STIPULATED.

16                                    Respectfully submitted,

17 Dated: December 30, 2010          /s/Brooke S. Purcell
                                     Brooke S. Purcell
18                                   DILLINGHAM & MURPHY, LLP
                                     225 Bush Street, 6th Floor
19                                   San Francisco, California  94104
                                     Telephone:    (415) 397-2700
20

21                                   Attorney for Defendants Pacific West Securities, Inc.,
                                     Aspire Investments, Inc., Aspire Real Estate, Inc., and
22                                   Edward S. Broda

23

24 Dated:  December 30, 2010         /s/Eugene N. Bulso, Jr.
                                     Eugene N. Bulso, Jr. (admitted *pro hac vice*)
25                                   LEADER, BULSO, NOLAN &
                                     BURNSTEIN, PLC
26                                   414 Union Street, Suite 1740
                                     Nashville, Tennessee  37219
27                                   Telephone:   (615) 780-4110
                                     gbulso@leaderbulso.com
28

Page 2 - Case No. 3:09-CV-02054-SC
STIP. AND [PROPOSED] ORDER RE REMOVAL AND REPLACEMENT OF DOCS. INCORRECTLY
FILED WITH THE MTN. FOR SUM. JUDG. OF PAC. WEST SECUR., INC. AND ASPIRE INVEST., INC.

Michael J. M. Brook (Bar No. 139595)
<u>LANAHAN & REILLEY, LLP</u>
600 Bicentennial Way, Suite 300
Santa Rosa, California  95403
Telephone:  (707) 524-4218
mbrook@lanahan.com

Attorneys for Plaintiffs, SAN FRANCISCO RESIDENCE CLUB, INC., DONAHUE, O'SHEA, LLC, and THOMAS P. O'SHEA, Individually and as Trustee for the TRUST OF THOMAS P. AND ANNE O'SHEA

## **SIGNATURE ATTESTATION**

I, Brooke S. Purcell, counsel of record for Pacific West Securities, Inc., Aspire Investments, Inc., Aspire Real Estate, Inc., and Edward S. Broda, hereby attest that I have obtained written permission from each counsel of record herein to submit the instant Stipulation and [Proposed] Order Re. Removal and Replacement of Documents Incorrectly Filed With the Motion for Summary Judgment of Pacific West Securities, Inc. and Aspire Investments, Inc. using the "conformed" signatures (/s/) within this e-filed document.

Dated: December 30, 2010         /s/Brooke S. Purcell
                                 Brooke S. Purcell
                                 DILLINGHAM & MURPHY, LLP
                                 225 Bush Street, 6th Floor
                                 San Francisco, California  94104
                                 Telephone:    (415) 397-2700

                                 Attorney for Defendants Pacific West Securities, Inc., Aspire Investments, Inc., Aspire Real Estate, Inc., and Edward S. Broda

        IT IS HEREBY ORDERED

        Pursuant to the above stipulation among plaintiffs San Francisco Residence Club, Inc., Donahue O'Shea, LLC, Thomas P. O'Shea, individually and as Trustee for the Trust of

Page 3 - Case No. 3:09-CV-02054-SC
STIP. AND [PROPOSED] ORDER RE REMOVAL AND REPLACEMENT OF DOCS. INCORRECTLY FILED WITH THE MTN. FOR SUM. JUDG. OF PAC. WEST SECUR., INC. AND ASPIRE INVEST., INC.

1  Thomas P. and Anne O'Shea and defendants Pacific West Securities, Inc., Aspire Investments,
2  Inc., Aspire Real Estate, Inc., and Edward S. Broda (hereafter the "Stipulation of the Parties"),
3  documents designated as Docket Numbers 130 and 133 will be removed from the docket for
4  this matter and replaced with redacted copies of the same, attached as Exhibits A and B to the
5  Stipulation of the Parties.
6  IT IS SO ORDERED,

8  Dated: 12/30 _____, 2010     _____
                                  Hon. Richard Seeborg
9                                 Judge of the District Court