*E-FILED 3/17/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO RESIDENCE CLUB, et al., | No. C 09-02054 RS |
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| HENRY A. AMADO, SR, et al., | |
| Defendants. | |

The parties' request to continue the pretrial conference is denied. In addition to counsel, the parties' principals must appear for the pretrial conference.

**IT IS SO ORDERED.**

Dated: 3/17/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE