*E-FILED 3/21/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO RESIDENCE CLUB, et al., | No. C 09-02054 RS |
| Plaintiffs, | |
| v. | **ORDER** |
| HENRY A AMADO SR, et al., | |
| Defendants. | |

A Status Conference shall take place on Wednesday, March 23, 2011 at 5:00 p.m. The Conference shall take place by telephone, and all parties are instructed to contact Court Call at 866/582-6878 immediately to arrange their participation. All other pretrial and trial deadlines remain in place.

**IT IS SO ORDERED.**

Dated: 3/21/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE