*E-Filed 7/11/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

San Francisco Residence Club, Inc., et al.,    No. C 09-02054 RS

      Plaintiffs,    **STANDBY ORDER TO SHOW CAUSE**

  v.

Abacus Financial Group, et al.,

      Defendants.

_____/

    The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by September 15, 2011. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 22, 2011, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

    IT IS SO ORDERED.

Dated: 7/11/11

                      RICHARD SEEBORG
                      UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California