*E-Filed 9/20/11*

1 Michael J. M. Brook (Bar No.139595)
LAW OFFICES OF MICHAEL BROOK
2 645 Fourth Street, Suite 200
Santa Rosa, CA 94504
3 Telephone: (707) 889-7189
Facsimile: (707) 542-7697
4
Attorneys for Plaintiffs San Francisco
5 Residence Club, Inc., Donahue,
O'Shea, LLC, Thomas P. O'Shea,
6 individually and as Trustee for the
Trust Of Thomas P. And Anne O'Shea
7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  SAN FRANCISCO RESIDENCE CLUB, INC., DONAHUE, O'SHEA, LLC, 12  THOMAS P. O'SHEA, individually and as TRUSTEE FOR THE TRUST OF 13  THOMAS P. AND ANNE O'SHEA, 14      Plaintiffs, v. 15  HENRY A. AMADO, SR., ABACUS 16  FINANCIAL GROUP, LLC, WHITE SANDS ESTATES, LLC, EDWARD S. 17  BRODA, ASPIRE REAL ESTATE, INC., ASPIRE INVESTMENTS, INC., 18  GREGORY FISH and G.D. FISH & ASSOCIATES, INC. 19 20      Defendants | CASE NO.: CV 09-02054 RS  **STIPULATION FOR DISMISSAL AND** ~~[Proposed]~~ **ORDER**  *Complaint Filed: May 11, 2009* |
| 21  HENRY A. AMADO, JR, and WHITE SANDS ESTATES, LLC, 22      Counter- Complainants 23    v. 24  SAN FRANCISCO RESIDENCE CLUB, INC., DONAHUE, O'SHEA, LLC, 25  THOMAS P. O'SHEA, individually and as TRUSTEE FOR THE TRUST OF 26  THOMAS P. AND ANNE O'SHEA, and ROES 1-10 27      Counter-Defendants. | |

28 ///

1  IT IS HEREBY STIPULATED by and between Plaintiffs San Francisco Residence Club,
2  Inc., Donahue O'Shea, LLC, Thomas P. O'Shea, individually and as Trustee for the Trust of Thomas
3  P. and Anne O'Shea and Defendants Henry A. Amado, Jr., Abacus Financial Group, LLC, White
4  Sands Estates, LLC, Pacific West Securities, Inc., Ed Broda, Aspire Real Estate, Inc., Aspire
5  Investments, Inc., Gregory Fish and G.D. Fish & Associates, Inc. by and through their undersigned
6  counsel and Gregory Fish, appearing in pro per, that the entire action, including Plaintiff's First
7  Amended Complaint, and the "Cross-Complaint" of Defendant White Sands Estates, LLC, be
8  dismissed with prejudice, with each party to bear their own fees and costs. As per the Settlement
9  Agreement between the Parties, the parties voluntarily consent to the jurisdiction of Magistrate
10 Judge Corley for the purpose of the enforcement of the Settlement Agreement, and its terms, and that
11 such jurisdiction shall continue as previously agreed to by the parties as part of the settlement.

DATED: September 20, 2011        **LAW OFFICES OF MICHAEL BROOK**

By: _Jennifer R. Thomas — on behalf of_
    MICHAEL J.M. BROOK
    Attorneys for Plaintiffs


DATED: September 20, 2011        **VAN DE POEL, LEVY & ALLEN, LLP**

By: _Jennifer R. Thomas_
    JENNIFER R. THOMAS
    Attorneys for Defendants/Cross-Complainants
    HENRY A. AMADO, JR., ABACUS FINANCIAL
    GROUP, LLC, WHITE SANDS ESTATES, LLC and
    G.D. FISH & ASSOCIATES, INC.

///
///
///

| | | |
|---|---|---|
| 1 | DATED: September 20, 2011 | **CHANCE HODGES** |
| 2 | | |
| 3 | | By: _Jennifer R. Thomas on behalf of_ |
| 4 | | CHANCE HODGES |
| 5 | | Attorneys for Defendants |
| 6 | | PACIFIC WEST SECURITIES, INC., ED BRODA, ASPIRE REAL ESTATE, INC., ASPIRE INVESTMENTS, INC. |

DATED: September 20, 2011    **GREGORY FISH**

By: _Gregory Fish_
GREGORY FISH
In Pro Per


ORDER

IT IS SO ORDERED.

Dated:  9/20/11

_Richard Seeborg_
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

{00823271.DOC;1}3

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER