*E-Filed 9/20/11*

1  Michael J. M. Brook (Bar No.139595)
   LAW OFFICES OF MICHAEL BROOK
2  645 Fourth Street, Suite 200
   Santa Rosa, CA  94504
3  Telephone:  (707) 889-7189
   Facsimile:  (707) 542-7697
4
   Attorneys for Plaintiffs San Francisco
5  Residence Club, Inc., Donahue,
   O'Shea, LLC, Thomas P. O'Shea,
6  individually and as Trustee for the
   Trust Of Thomas P. And Anne O'Shea
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SAN FRANCISCO RESIDENCE CLUB, INC., DONAHUE, O'SHEA, LLC, THOMAS P. O'SHEA, individually and as TRUSTEE FOR THE TRUST OF THOMAS P. AND ANNE O'SHEA,<br><br>Plaintiffs,<br>v.<br><br>HENRY A. AMADO, SR., ABACUS FINANCIAL GROUP, LLC, WHITE SANDS ESTATES, LLC, EDWARD S. BRODA, ASPIRE REAL ESTATE, INC., ASPIRE INVESTMENTS, INC., GREGORY FISH and G.D. FISH & ASSOCIATES, INC.<br><br>Defendants | CASE NO.:  CV 09-02054 RS<br><br>**STIPULATION FOR DISMISSAL AND ~~[Proposed]~~ ORDER**<br><br>*Complaint Filed: May 11, 2009* |
| HENRY A. AMADO, JR, and WHITE SANDS ESTATES, LLC,<br><br>Counter- Complainants<br>v.<br><br>SAN FRANCISCO RESIDENCE CLUB, INC., DONAHUE, O'SHEA, LLC, THOMAS P. O'SHEA, individually and as TRUSTEE FOR THE TRUST OF THOMAS P. AND ANNE O'SHEA, and ROES 1-10<br><br>Counter-Defendants. | |

28  ///

{00823271.DOC;1}1

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between Plaintiffs San Francisco Residence Club, Inc., Donahue O'Shea, LLC, Thomas P. O'Shea, individually and as Trustee for the Trust of Thomas P. and Anne O'Shea and Defendants Henry A. Amado, Jr., Abacus Financial Group, LLC, White Sands Estates, LLC, Pacific West Securities, Inc., Ed Broda, Aspire Real Estate, Inc., Aspire Investments, Inc., Gregory Fish and G.D. Fish & Associates, Inc. by and through their undersigned counsel and Gregory Fish, appearing in pro per, that the entire action, including Plaintiff's First Amended Complaint, and the "Cross-Complaint" of Defendant White Sands Estates, LLC, be dismissed with prejudice, with each party to bear their own fees and costs. As per the Settlement Agreement between the Parties, the parties voluntarily consent to the jurisdiction of Magistrate Judge Corley for the purpose of the enforcement of the Settlement Agreement, and its terms, and that such jurisdiction shall continue as previously agreed to by the parties as part of the settlement.

DATED: September 20, 2011          **LAW OFFICES OF MICHAEL BROOK**

By: _Jennifer R. Thomas on behalf of_
MICHAEL J.M. BROOK
Attorneys for Plaintiffs


DATED: September 20, 2011          **VAN DE POEL, LEVY & ALLEN, LLP**

By: _Jennifer R. Thomas_
JENNIFER R. THOMAS
Attorneys for Defendants/Cross-Complainants
HENRY A. AMADO, JR., ABACUS FINANCIAL
GROUP, LLC, WHITE SANDS ESTATES, LLC and
G.D. FISH & ASSOCIATES, INC.

///

///

///

{00823271.DOC;1}2

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

| | |
|---|---|
| 1   DATED: September 20, 2011 | **CHANCE HODGES** |

DATED: September 20, 2011        **CHANCE HODGES**

By: *Jennifer R. Thomas on behalf of*
　　CHANCE HODGES
　　Attorneys for Defendants
　　PACIFIC WEST SECURITIES, INC., ED BRODA,
　　ASPIRE REAL ESTATE, INC., ASPIRE
　　INVESTMENTS, INC.

DATED: September 20, 2011        **GREGORY FISH**

By: *Gregory Fish*
　　GREGORY FISH
　　In Pro Per

ORDER

IT IS SO ORDERED.

Dated:   9/20/11

*/s/ Richard Seeborg*
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE