IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO RESIDENCE CLUB, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY A. AMADO, SR., et al.,<br><br>Defendants. | Case No.: 09-2054 RS (JSC)<br><br>**ORDER TO FILE SETTLEMENT AGREEMENT UNDER SEAL** |

Now pending before the Court is Plaintiffs' Motion to Enforce Settlement. (Dkt. No. 227.) Plaintiffs shall electronically file under seal the settlement agreement they are seeking to enforce on or before Tuesday, June 5, 2012. In addition, upon review of the parties' written submissions, the Court concludes that oral argument is unnecessary, see Civil L.R. 7-1(b); accordingly, the June 7, 2012 hearing on Plaintiffs' motion is VACATED.

**IT IS SO ORDERED.**

Dated: June 1, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE