IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO RESIDENCE CLUB, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY A. AMADO, JR., et al.,<br><br>Defendants. | Case No.: 09-2054 RS (JSC)<br><br>**ORDER GRANTING MOTION TO AMEND JUDGMENT (DKT. NO. 239)** |

    Now pending before the Court is Plaintiffs' motion to amend the judgment entered on June 11, 2012 to name Henry A. Amado, Jr. rather than Henry A. Amado, Sr. as a defendant against whom judgment is entered. Plaintiffs explain that the Complaint inadvertently identified Henry A. Amado, Sr. as a defendant, but that Henry A. Amado, Jr. answered the Complaint and agreed to the settlement, the terms of which were enforced by the judgment. Henry A. Amado Jr. has not filed a response to Plaintiffs' motion to amend although the time to do so has long passed.

    After carefully considering Plaintiffs' unopposed motion, the Court finds that oral argument is unnecessary, see Civ. L. R. 7-1(b), and GRANTS Plaintiffs' motion. The Court shall issue an amended judgment identifying Henry A. Amado, Jr. as a Defendant.

This Order disposes of Docket No. 239.

**IT IS SO ORDERED.**

Dated:  August 27, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE