IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO RESIDENCE CLUB, et al., | Case No.: 09-2054 RS (JSC) |
| Plaintiffs, | **AMENDED JUDGMENT** |
| v. | |
| HENRY A. AMADO, JR., et al., | |
| Defendants. | |

The Court having granted Plaintiffs' Motion to Enforce Settlement by Order dated June 11, 2012, having entered judgment in favor of Plaintiffs and against Defendants on the same date, and having granted Plaintiffs' unopposed motion to amend the judgment on August 27, 2012, enters judgment in favor of Plaintiff Donahue O'Shea LLC and against Defendants Henry A. Amado, Jr., Edward S. Broda, Gregory Fish and G.D. Fish Associates, Inc. jointly and severally, in the total amount of $41,666.00. The Court also enters judgment in the additional amount of $1,250.00 in favor of Plaintiff Donahue O'Shea LLC and against Defendants Henry

//

//

//

1  A. Amado, Jr. and Edward S. Broda, jointly and severally.

2  In addition to the above amount, the Court having granted Plaintiff's motion to further amend the judgment in favor of Plaintiffs and against Defendants Edward S. Broda, Aspire Investments, Inc. and Aspire Real Estate, Inc., by Order filed August 4, 2014, enters judgment in favor of Plaintiffs and against Defendants Edward S. Broda, Aspire Investments, Inc. and Aspire Real Estate, Inc., jointly and severally, in the amount of $150,000.00.

**IT IS SO ORDERED.**

Dated:  August 4, 2014

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE